## Escalona v. El Registrador de la Propiedad.

## Recurso gubernativo contra nota del Registrador de la Propiedad de San Juan.

No. 12.   Resuelto en diciembre 21, 1905.

Bienes gananciales.—Se presumen gananciales los bienes adquiridos por los cónyuges durante su matrimonio, mientras no se pruebe que sean de su exclusiva pertenencia.

Legatarios de parte alícuota.—Herederos.—Pago del legado.—Los legatarios de parte alícuota del caudal solo tienen una acción personal ex-testamento para reclamar del heredero el pago de su legado.

Id.—Partición de la herencia.—La partición legalmente hecha es la que confiere á los herederos y legatarios el dominio de aquellos bienes de la herencia que les hayan sido adjudicados en pago.

Id.—Inscripción de los bienes de la herencia.—En virtud de la anterior doctrina, los legatarios de parte alícuota carecen de acción para pedir la inscripción á su favor de determinados bienes de la herencia, mientras no se practique la participación y liquidación de la misma, al efecto de determinar el remanente á repartir entre herederos y legatarios, de parte alícuota, después de cubiertas las deudas de la testamentaría.

Los hechos están expresados en la opinión.

Abogado del recurrente: *Sr. Benítez Castaño.*

El Juez Presidente Sr. Quiñones, emitió la opinión del tribunal.

*Visto* el presente recurso gubernativo interpuesto por doña Francisca Escalona de Cordero contra la nota del Registrador de la Propiedad de San Juan denegando la inscripción á favor de la concurrente de la mitad de una quinta parte en la casa número 50 de la calle de la Luna de esta ciudad.

*Resultando*: que don Esteban Escalona vecino que fué de esta ciudad otorgó testamento cerrado que obra en el protocolo que fué de don Juan Ramón de Torres, y en el que, entre otras disposiciones, declaró que tenía reconocidos, y reconocía de nuevo, como sus hijos naturales, á don Rafael Dolores y á doña Francisca Camila á quienes instituyó por legatarios del quinto de sus bienes, y por

herederos universales de todos sus bienes, derechos y acciones á sus hijos legítimos, nombrados doña Teresa y don Tomás, habidos en su primer matrimonio con doña María del Rosario Porcel, y á sus otros hijos también legítimos nombrados don Esteban, don Francisco, don Antonio, doña Ana y don Clemente, habidos en su segundo matrimonio con doña Ana de Castro.

*Resultando*: que fallecido el testador en esta ciudad el nueve de mayo de mil ochocientos sesenta y nueve, posteriormente, ó sea en diez y nueve de junio último. presentó escrito su hija natural doña Francisca Camila al Registrador de la Propiedad de esta ciudad con copia del testamento de su difunto padre y de la partida de defunción del mismo, y con la solicitud de que como legataria que era del quinto de los bienes de su difunto padre en unión de su hermano don Rafael, se inscribiese á su favor en el Registro de la Propiedad, la mitad de la quinta parte del valor de la casa número 50 de la calle de la Luna de esta ciudad perteneciente al caudal testamentario de su citado padre, valorando á los efectos oportunos el total valor de dicha casa en doce mil dollars, y la mitad de su quinta parte que era de la que únicamente se solicitaba la inscripción, en mil doscientos dollars; á lo que se negó el registrador por los motivos que expresa la nota puesta al final del testamento presentado la que copiada á la letra dice así:

"No admitida la inscripción solicitada por la legataria Doña Francisca Camila Escalona, de la mitad de la quinta parte de la casa número cincuenta de la calle de la Luna, de esta Ciudad, en virtud del anterior documento y de un escrito, porque Don Esteban Escalona adquirió dicha finca durante su matrimonio con Doña Ana de Castro, por lo que es de presumir tenga la calidad de ganancial, mientras no se pruebe sea de la exclusiva pertenencia de aquél, y por no aparecer se haya practicado la liquidación de la herencia y la correspondiente adjudicación á los interesados, ni que se haya hecho á los legatarios la entrega que dispone el artículo ocho-

cientos cincuenta y nueve del Código Civil, y se ha extendido anotación preventiva á favor de la Doña Francisca Camila Escalona, por el término legal, al folio 186, tomo 36 de esta Capital, finca número 1513, anotación letra A.—San Juan de Puerto Rico á 26 de Julio de 1905.''

*Resultando*: que contra esta nota interpuso en tiempo ante esta Corte Suprema el presente recurso gubernativo el abogado don Eugenio Benítez Castaño, á nombre de la solicitante doña Francisca Camila Escalona, para que se revoque dicha nota y se ordene al Registrador verifique la inscripción solicitada, alegando al efecto las razones que estimó pertinentes en defensa de su derecho, las que impugnó á su vez el Registrador, por escrito dirigido á esta Corte Suprema, insistiendo en los fundamentos de su negativa.

Aceptando los fundamentos en que descansa la nota denegatoria del Registrador de la Propiedad de esta ciudad.

*Considerando*: además que en los legados de parte alícuota del caudal, sólo tienen los legatarios una acción personal ''ex-testamento para reclamar del heredero el pago de su legado''; y que sólo á virtud de la partición legalmente hecha, pueden adquirir el dominio de aquellos bienes de la herencia que les hayan sido adjudicados en pago.

*Considerando*: por tanto, que no habiéndose practicado aún las particiones en la testamentaría de don Esteban Escalona, carece de acción la legataria doña Francisca Camila para pedir la inscripción á su favor, de determinados bienes de la herencia, máxime cuando aún no consta si liquidada ésta resultará algún sobrante, después de pagadas las deudas, para repartir entre los herederos y legatarios de parte alícuota.

*Se confirma* la nota denegatoria puesta por el Registrador de la Propiedad de esta ciudad al pié del documento

de que se trata y devuélvasele con copia certificada de la presente resolución á los efectos procedentes. .

Jueces concurrentes: Sres. Hernández, Figueras y MacLeary.

El Juez Asociado Sr. Wolf, no intervino en la resolución de este caso.